UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LUIGI ABREU, *Individually, and On Behalf of All* :
*Others Similarly Situated*, :
:
                    Plaintiff, :      22-CV-1519 (JMF)
:
         -v- :      ORDER
:
LEATHERMAN TOOL GROUP, INC., :
:
                    Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 11, 2022, the parties filed a proposed Case Management Plan ("CMP"). ECF No. 10-1. The Court stated that it would enter the CMP after an answer had been filed. ECF No. 11. Defendant's Answer was filed July 25, 200. ECF No. 20. Given the passage of time, the parties shall file an amended proposed CMP by **July 28, 2022**.

      SO ORDERED.

Dated: July 26, 2022                             _____
      New York, New York                      JESSE M. FURMAN
                                                United States District Judge